## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | **26MJ133** |
| **vs.** | **MOTION TO RESTRICT** |
| **TIANRUI LIANG,** | |
| **Defendant.** | |

The Defendant intends to file a "*Supplemental Memorandum*" and an *"Index of Exhibits"* which should not be subject to public viewing.

WHEREFORE, the Defendant requests the Court grant an order allowing him to file the above-referenced documents restricted pursuant to the E-Government Act.

Respectfully submitted,

**TIANRUI LIANG**, Defendant,

By:      s/ Jeffrey L. Thomas
**JEFFREY L. THOMAS**
**First Assistant Federal Public Defender**
1620 Dodge Street, Suite 600
Omaha, NE 68102
Phone: (402) 221-7896
Fax: (402) 221-7884
e-mail: jeff_thomas@fd.org